UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CATHIE KEMPTER,

        Plaintiff,

v.

        Case No. 12-10261
        Honorable Thomas L. Ludington

MICHIGAN BELL TELEPHONE COMPANY,
a/k/a AT&T MICHIGAN; TRACY BAIN;
RICK SPIECE; and RENEE GARCIA,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the order granting in part Defendants' motion for summary judgment and declining jurisdiction over Plaintiff's state law claims,

It is **ORDERED AND ADJUDGED** that summary judgment is **GRANTED** in favor of Defendants as to Count III of Plaintiff's complaint.

It is further **ORDERED AND ADJUDGED** that the Court **DECLINES** jurisdiction over Plaintiff's state law claims, and Counts I and II of Plaintiff's complaint are **DISMISSED** without prejudice to her state law cause of action.

It is further **ORDERED AND ADJUDGED** that this case is remanded to the Circuit Court for the County of Saginaw, State of Michigan.

Dated: December 20, 2012                s/Thomas L. Ludington
                                                    THOMAS L. LUDINGTON
                                                    United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 20, 2012.

s/Tracy A. Jacobs
TRACY A. JACOBS